No. 89–7745. DYKE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. ■

No. 90–249. FEE ET UX., INDIVIDUALLY AND AS NEXT FRIENDS OF FEE, A MINOR *v.* HERNDON. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. ■

No. 89–7782. WILLIS *v.* TEXAS. Ct. Crim. App. Tex.;
No. 90–5356. BURGER *v.* ZANT, WARDEN. Sup. Ct. Ga.;
No. 90–5460. JONES *v.* TENNESSEE. Sup. Ct. Tenn.;
No. 90–5471. LANEY *v.* TENNESSEE. Ct. Crim. App. Tenn.;
No. 90–5477. POPE *v.* THOMPSON, WARDEN. Sup. Ct. Va.;
No. 90–5488. WICKLINE *v.* OHIO. Sup. Ct. Ohio; and
No. 90–5591. SPENCER *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied. Reported below: No. 89–7782, 785 S. W. 2d 378; No. 90–5460, 789 S. W. 2d 545; No. 90–5488, 50 Ohio St. 3d 114, 552 N. E. 2d 913; No. 90–5591, 240 Va. 78, 393 S. E. 2d 609.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.